AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THE DOUGLAS STEWART COMPANY, INC.,

    Plaintiff,

v.

HIQO SOLUTIONS, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV420-101

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 29, 2022, HiQo's motion for summary judgment is granted, DCS's motion for partial summary judgment is denied, and HiQo's motion to exclude is denied as moot. Judgment is hereby entered, and this civil action stands closed.

| August 29, 2022 | | John E. Triplett, Clerk of Court |
|---|---|---|
| Date | | Clerk |
| | | *Candy Cashell* (signature) |
| | | (By) Deputy Clerk |

GAS Rev 10/2020