IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE DOUGLAS STEWART COMPANY, INC., )
)
      Plaintiff-Appellant, )
)
vs. ) Case No. CV420-101
)
HIQO SOLUTIONS, INC., )
)
      Defendant-Appellee. )

**O R D E R**

The United States Court of Appeals for the Eleventh Circuit has affirmed this Court's decision in the above referenced case.

The Court orders that the Mandate of the Eleventh Circuit is made the order of this Court.

SO ORDERED this 8th day of January 2024.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA