**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

THE DOUGLAS STEWART COMPANY,      )
                                  )
        Plaintiff,                )
                                  )
v.                                )
                                  )   CASE NO. CV420-101
HIQO SOLUTIONS, INC.,             )
                                  )
        Defendant.                )
                                  )
                                  )
_____  )

## O R D E R

The parties in this case have filed a Stipulation of Dismissal dismissing with prejudice and without cost or fees to any party. For the aforementioned reason, the Court finds that Defendant's Motion for Attorney's Fees and Costs (Doc. 148) is **DISMISSED AS MOOT.**

SO ORDERED this ___5ᵗʰ___ day of March, 2024.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA